UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
————————————————————————————

PATRICK ENGLISH,

                    Plaintiff,

        - against –

RELATED MANAGEMENT COMPANY LP and
THE RELATED COMPANIES, L.P.,

                Defendants.
————————————————————————————

                        21-cv-5475 (JGK)

                        ORDER

JOHN G. KOELTL, District Judge:

The plaintiff had 90 days from filing the complaint to serve the summons and complaint on the defendants. The plaintiff has failed to serve the summons and complaint. The time to serve is extended to **December 3, 2021**. If service is not made by that date, the case will be dismissed without prejudice for failure to prosecute. See Fed. R. Civ. P. 4(m).

The conference scheduled for Monday, November 1, 2021 at 12:00 pm is canceled.

SO ORDERED.

Dated:    New York, New York
          October 28, 2021

                             John G. Koeltl
                    United States District Judge